IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | |
|---|---|
| TRACEY D. GARRETT, #31079-077,         ) | |
|     Plaintiff,         ) | |
|              ) | |
| v.         ) | 3:09-CV-0415-P |
|              ) | |
| CHUCK NORRIS, et al.,         ) | |
|     Defendants.         ) | |

**ORDER ACCEPTING FINDINGS AND RECOMMENDATION OF
THE UNITED STATES MAGISTRATE JUDGE**

    United States Magistrate Judge William F. Sanderson, Jr., made findings, conclusions and a recommendation in this case. Petitioner filed objections, and the District Court has made a *de novo* review of those portions of the proposed findings and recommendation to which objection was made. The objections are overruled, and the Court accepts the Findings, Conclusions and Recommendation of the United States Magistrate Judge.

    SO ORDERED this 13th day of July, 2009.

_____
JORGE A. SOLIS
UNITED STATES DISTRICT JUDGE